*E-FILED - 3/24/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES WYDELL GRAHAM, | ) | No. C 09-5026 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| COUNTY OF SANTA CLARA, et al., | ) | |
| Defendants. | ) | |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 3/23/10

_RONALD M. WHYTE_
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.09\Graham026jud.wpd